812 P.2d 628

**STATE of Arizona,
Appellee/Cross–Appellant,**

v.

**Kriss Landon BARGER,
Appellant/Cross–Appellee.**

**No. CR–90–0353–PR.**

Supreme Court of Arizona.

May 23, 1991.

### ORDER

The Petition for Review came before the court for determination on May 21, 1991; on consideration,

IT IS ORDERED that the Petition for Review is denied.

FELDMAN, Vice Chief Justice, voted to grant, giving the following reasons:

The mandatory sentencing scheme as applied in this case violates article 3 of the Arizona Constitution because, as noted by the trial judge (*see* 167 Ariz. 563, 569–570, 810 P.2d 191, 197, 198), it effectively vests the sentencing power in the prosecutor and deprives the judge of any discretion to sentence for a crime that is broadly described and can be committed with many graduations of culpability. *See State v. Garcia,* 141 Ariz. 97, 104–07, 685 P.2d 734, 741–44 (1984) (Feldman, J., dissenting).